AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>Vincent SBANO Jr. | )<br>)<br>)<br>)<br>)<br>) | Case No. 5:19 MJ 83 |
| Defendant(s) | | |

*FILED WILKES-BARRE PER MLJ DEC 10 2019 DEPUTY CLERK*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __05/18/2016 TO THE PRESENT__ in the county of __Monroe__ in the __MIDDLE__ District of __PENNSYLVANIA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1073 | Unlawful Flight to Avoid Prosecution (UFAP) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT OF Deputy U.S. Marshal Matthew Little

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew J. Little Deputy U.S. Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: Dec. 10, 2019

_____
Judge's signature

City and state: Wilkes-Barre, PA

Hon. Joseph F. Saporito, US Magistrate Judge
Printed name and title